518 A.2d 542

**ESTATE OF Amy HANNA, Deceased, Michael D. Hanna, Jr., and Sheila D. Hanna, Co-Administrators, and Michael D. Hanna, Jr., individually, and Sheila D. Hanna, individually, Petitioners,**

v.

**MAGEE–WOMEN'S HOSPITAL, a Pennsylvania non-profit corporation, Maryann Portman, M.D. and Fred M. Silverberg, M.D., Respondents.**

Supreme Court of Pennsylvania.

Dec. 10, 1986.

No. 413 W.D. Allocatur Docket 1985.

ORDER

PER CURIAM.

AND NOW, this 10th day of December, 1986, the Petition for Allowance of Appeal is granted. The order of the Superior Court is hereby reversed, and the case is remanded to the Court of Common Pleas of Allegheny County for further proceedings in consideration of our decision in *Amadio v. Levin*, 509 Pa. 199, 501 A.2d 1085 (1985).

McDERMOTT and HUTCHINSON, JJ., join only in the grant of allocatur and dissent from the PER CURIAM order.